# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON P. SHURNAS; HORIZON COMPANIES, LLC; HORIZON FINANICIAL, LLC;<br><br>    Plaintiffs,<br><br>    v.<br><br>JAN LYNN OWEN, in her official capacity as Commissioner of the CALIFORNIA DEPARMTMENT OF BUSINESS OVERSIGHT (formerly STATE OF CALIFORNIA DEPARTMENT OF CORPORATIONS); and THE STATE OF CALIFORNIA,<br><br>    Defendants. | No. 2:15-cv-00908-GEB-DAD<br><br>**ORDER DENYING DEFENDANTS' MOTION TO AMEND THE SCHEDULING ORDER TO STAY DISCOVERY** |

Defendants move to stay all pending discovery obligations until thirty days following this court's ruling on Defendants' pending motion to dismiss. However, the motion seeks amendment to the discovery completion provision in the Scheduling Order filed on July 28, 2015, which requires Defendants to evince that good cause justifies any amendment to that Order. (Status (Pretrial Scheduling) Order, ECF No. 9.) Specifically, Rule 16(b) of the Federal Rules of Civil Procedure prescribes: "[a] schedule shall not be modified except by leave of ... [court] upon a showing of good cause." Fed. R. Civ. P 16(b). Defendants have not

1

satisfied this amendment standard. Therefore Defendant's motion to stay discovery is denied.

Dated: September 17, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge